Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

Orlando Division

|  |  |
|---|---|
| Merchon D. Green | Case No. _____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)*  ☒ Yes  ☐ No |
| -v- |  |
| City of Orlando, Mayor John "Buddy" Dyer, Heather Fagan, Jodi Litchford, Lynne Banks |  |
| *Defendant(s)* |  |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) |  |

## COMPLAINT FOR A CIVIL CASE

**I.  The Parties to This Complaint**

    **A.  The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Merchon D. Green |
| Street Address | 5830 58th Court |
| City and County | |
| State and Zip Code | Vero Beach, Florida 32967 |
| Telephone Number | 772.226.0036 |
| E-mail Address | merchongreen@yahoo.com |

    **B.  The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | John "Buddy" Dyer |
| Job or Title *(if known)* | City of Orlando Mayor |
| Street Address | 400 S. Orange Avenue |
| City and County | Orlando    Orange County |
| State and Zip Code | Florida 32801 |
| Telephone Number | 407246.2221 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Heather Fagan |
| Job or Title *(if known)* | Chief of Staff |
| Street Address | 400 S. Orange Avenue |
| City and County | Orlando  Orange County |
| State and Zip Code | Florida 32801 |
| Telephone Number | 407.246.3423 |
| E-mail Address *(if known)* | heather.fagan@orlando.gov |

Defendant No. 3

| | |
|---|---|
| Name | Jody Litchford |
| Job or Title *(if known)* | City Attorney |
| Street Address | 400 S Orange Avenue |
| City and County | Orlando  Orange County |
| State and Zip Code | Florida 32801 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Lynne Banks |
| Job or Title *(if known)* | Labor Relations Manager |
| Street Address | 400 S Orange Avenue |
| City and County | Orlando  Orange County |
| State and Zip Code | Florida 32801 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question   ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, et s eq. ("Title VII").  and the 1992 Florida Civil Rights Act, as amended.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ . Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

On March 29, 2023, Merchon Green was subject to a retaliatory discharge by Heather Fagan, Chief of Staff, for allegedly violating a vague, unwritten labor policy. The targeted discharge was also absent the progressive discipline afforded Michelle McCrimmon (white), Deputy Chief Financial Officer, Stephanie Herdocia (white), City Clerk, Brook Rimmet-Bonnet (white), Director Economic Development, and other white managers/directors who actually and severely violated the same/similar labor policies but were subject to little or no discipline.

The retaliatory discharge also came after Green objected to the disparities in the City of Orlando's employment practices for employees belonging to racial minority groups, and objected to the City of Orlando Communication Office's inferior treatment of events involving/highlighting racial minority groups. Likewise, three weeks prior to Green's discharge, Fagan, Chief of Staff, scheduled a meeting with Green to discuss an alleged employee grievance that did not, in fact, exist. But magically appeared after Green complained about being referred to as a "black bitch," "stupid hoe," "stupid bitch," by April Michael, Director of Communications, Karyn Barber, Communications Manager, and Pavla Paul, Events Coordinator and other Office of Communications' employees.

Since June of 2022, and prior, Green was denied the same privileges and compensation perks (including but not limited to bonuses/merit pay and monthly car allowance) provided to non-Black executive/management staff.

Since June of 2022, and prior, Green had little to no authority to discipline and manage non-Black subordinate employees, including being forced by Fagan, Chief of Staff, Lynn Banks, Labor Relations Manager, Jodi Litchford, City Attorney, and Sarah McDonald, Assistant City Attorney, to withdraw/abstain from taking disciplinary actions against two non-Black subordinate employees for violating EEOC Complainants' confidentiality rights and making threats against my person.

However, they made no effort to obstruct Green's disciplinary actions against Black employees. Non-Black Managers/Directors are not subject to excessive, unwarranted oversight or opposition to management decisions.

All of the aforementioned created and perpetuated an extremely hostile work environment and such actions were taken because of Green's race/Black, and her complaints of employment discrimination, and objections to differential treatment of non-White employees and non-White communities.

## IV.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

A. Order Defendant to take remedial steps to ensure a non-discriminatory workplace for all City of Orlando employees, including implementation of appropriate anti-discrimination, anti-retaliation, and anti-harassment policies, and providing adequate training to all employees and officials regarding the handling of discrimination, retaliation, and harassment complaints;

B. Provide make-whole relief to Green, including backpay and vested pension to compensate her for the loss she has suffered as a result of Defendant's discriminatory conduct alleged in this Complaint;

C. Award Green any prejudgment interest on the amount of lost wages and benefits determined to be due;

D. Award damages to Green to fully compensate her for pain and suffering caused by Defendant's discriminatory conduct alleged in this Complaint, pursuant to and within the statutory limitations of Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a; and

E. Award such additional relief as justice may require.

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  12/04/2024

Signature of Plaintiff  *[signature]*
Printed Name of Plaintiff  Merchon D. Green

### B.  For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    State and Zip Code
    Telephone Number
    E-mail Address