**Defendant #5**

**Name:**  April Michaels

**Job or Title:**  Director of Communications

**Street Address:**  400 S Orange Avenue

**City and County:**  Orlando   Orange County

**State and Zipcode:**  Florida 32801

**Telephone Number:**

**Email Address:**